# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

### Criminal Minutes

Date: March 17, 2025                                        Judge: Hon. James Donato

Court Reporter: Debra Pas
Time: 27 Minutes
Case No.        **3:24-cr-00170-JD-1**
Case Name       **USA v. Jason Oppenheimer**

Attorney(s) for Government:      Joseph Friedman Tartakovsky
Attorney(s) for Defendant(s):    Edwin Prather

Probation Officer: Pepper Friesen

Deputy Clerk: Lisa Clark

#### PROCEEDINGS

Sentencing -- Held

#### NOTES AND ORDERS

Defendant is sentenced to thirty (30) months in custody followed by three (3) years of supervised release.  Defendant is directed to pay a $100 special assessment, and forfeit $24,155.00 as agreed to by the parties.  The balance of seized funds may be returned to defendant.  Surrender to custody is set for March 31, 2025, no later than 2:00 p.m. California time.